Assigned Estate of Joseph S. Wright and Jacob A. Schmid, trading as Wright and Schmid. Appeal of Converse, Stanton & Cullen.

Argued March 25, 1897. Appeal, No. 24, Jan. T., 1897, by Converse, Stanton & Cullen, from order of C. P. No. 1, Phila. Co., June T., 1891, No. 863, dismissing exceptions to auditor's report. Before GREEN, WILLIAMS, MITCHELL, DEAN and FELL, JJ. Reversed.

OPINION BY MR. JUSTICE WILLIAMS, July 15, 1897:

This case is identical in character with that of the appeal of Fred. Vietor in which an opinion has just been filed, ante, p. 90.

The decree is reversed for the reasons there given.